AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
RICARDO LOPEZ-NAVA,
        Defendant.

**APPEARANCE**

Case Number: 08MJ8014

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
RICARDO LOPEZ-NAVA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/14/2008 | /s/ SHAFFY MOEEL |
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD — 238732 |
| | Print Name — Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City   State   Zip Code |
| | (619) 234-8467   (619) 687-2666 |
| | Phone Number   Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: January 14, 2008                                          _____/s/ Shaffy Moeel_____
                                                                                    SHAFFY MOEEL
                                                                                    Federal Defenders of San Diego, Inc.
                                                                                    225 Broadway, Suite 900
                                                                                    San Diego, CA 92101-5030
                                                                                    (619) 234-8467  (tel)
                                                                                    (619) 687-2666  (fax)
                                                                                    e-mail: Shaffy_Moeel@fd.org