

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   SOUTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,      )   Criminal Case No. 08CR335-L
                                  )
9                 Plaintiff,      )   I N F O R M A T I O N
                                  )
10        v.                      )   Title 21, U.S.C.,
                                  )   Sec. 841(a)(1) - Possession
11 RICARDO LOPEZ-NAVA,            )   of Methamphetamine with Intent to
                                  )   Distribute (Felony)
12                Defendant.      )
   _____)
13

14       The United States Attorney charges:

15       On or about January 10, 2008, within the Southern District of

16 California, defendant RICARDO LOPEZ-NAVA, did knowingly and

17 intentionally possess, with intent to distribute, approximately

18 .491 kilograms (1.08 pounds) of Methamphetamine (actual), a

19 Schedule II Controlled Substance; in violation of Title 21, United

20 States Code, Section 841(a)(1).

21       DATED:  February 7, 2008   .

22                                      KAREN P. HEWITT
                                        United States Attorney
23
24                                      [signature]
                                        W. MARK CONOVER
25                                      Assistant U.S. Attorney

26
27
28 WMC:jam:Imperial
   2/7/08