AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| RICARDO LOPEZ-NAVA | CASE NUMBER: 08CR335-L |

I, RICARDO LOPEZ-NAVA, the above named defendant, who is accused of committing the following offense:

Possession of Methamphetamine with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/7/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Ricardo Nava_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER


FILED
FEB 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY