1 **SHAFFY MOEEL**
California State Bar No. 238732
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: shaffy_moeel@fd.org

5 Attorneys for Ricardo Lopez-Nava

6

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0335-MJL |
| 12        Plaintiff, | ) | DATE:  March 17, 2008 |
| | ) | TIME:  2:00 p.m. |
| 13 v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| 14 RICARDO LOPEZ-NAVA, | ) | |
| | ) | 1) PRESERVE EVIDENCE AND COMPEL |
| 15        Defendant. | ) |    DISCOVERY; AND |
| | ) | 2) GRANT LEAVE TO FILE FURTHER |
| 16 | ) |    MOTIONS |
| 17 _____ | ) | |

18

19 TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
    MARC CONOVER, ASSISTANT UNITED STATES ATTORNEY:
20

21     PLEASE TAKE NOTICE that, on March 17, 2008 at 2:00 p.m., or as soon thereafter as counsel may

22 be heard, defendant Ricardo Lopez-Nava, by and through his attorneys, Shaffy Moeel and Federal Defenders

23 of San Diego, Inc., will ask this Court to enter an order granting the following motions.

24

25

26

27

28

# MOTIONS

Defendant Ricardo Lopez-Nava, by and through his attorneys, Shaffy Moeel and Federal Defenders of San Diego, Inc., moves this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order:

1) Preserving Evidence and Compelling Production of Discovery;

2) Granting Leave to File Further Motions.

This motion is based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

DATED:     March 17, 2008          */s/ Shaffy Moeel*
                                    **SHAFFY MOEEL**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Mr. Lopez-Nava