UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0335-L |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER TO PRESERVE AND RE-WEIGH EVIDENCE** |
| **RICARDO LOPEZ-NAVA**, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

    **IT IS HEREBY ORDERED** that the United States government and its agents 1) make available to the defense attorney and her agents, for examination and photographing the vehicle seized in the above-captioned case, along with evidence found within the vehicle or on Mr. Lopez-Nava's person, including, but not limited to, the drugs seized; and 2) make available to the defense attorney and her agents, for examination and weighing, the drugs seized in the above-referenced case. The government and its agents are further ordered to preserve the narcotics, vehicle, evidence seized incident to the defendant's arrest, and items seized from the vehicle, until further order from this Court.

    **IT IS SO ORDERED.**

DATED: March 18, 2008

_____
M. James Lorenz
United States District Court Judge