MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.   RICARDO LOPEZ-NAVA              No. 08CR0335-L

HON.   WILLIAM MCCURINE, JR.      Tape No.   WMC08-01-10:11-10:15 (3 mins)

Asst. U.S. Attorney   CARLA DAVIS        PTSO

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | SHAFFY MOEEL, FD | X Apt | Ret | for | LOPEZ-NAVA | (1) | (C) |

PROCEEDINGS:  ___ In Chambers   X  In Court   ___ By Telephone

Change of Plea Hearing as to RICARDO LOPEZ-NAVA- Not held.

Gov't Oral Motion to Dismiss Without Prejudice - Granted.

Pending Motions - Moot.

Pending Dates _ Vacated.

Abstract issued to U.S.M.

Date   4/10/08                 Maria J. Mirabella for Roi-Ann Bressi
                                              Deputy's Initials