# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Ricardo Lopez-Nava )
)

2008 APR 10 PM 12:12

CASE NUMBER **08CR0335-L**

ABSTRACT OF ORDER

Booking No. **05835298**

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **4/10/08** the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. **As to this case only. Charges pending in 08CR1028-L.**

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR., Clerk
by _____ Deputy Clerk

Received _____
DUSM

Crim-9   (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY