**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
08 APR 15 AM 8:21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ECL   DEPUTY

FILED
08 APR 10 PM 2:47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

RICARDO LOPEZ-NAVA,

            Defendant.

CASE NO. 08CR0335-L

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 21 USC 841 (a)(1) - Possession of Methampetamine with Intent to Distribute

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/10/08

WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of Dismissal
Judgement and Commitment on 4/14/08

United States Marshal

By: _____
USMS Criminal Section

ENTERED ON _____